Krista M. Enns (SBN: 206430)
kenns@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400

Attorneys for Defendant
OTSUKA PHARMACEUTICAL CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| BRENDA SEARS and ROBERT SEARS,<br><br>Plaintiffs,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, OTSUKA PHARMACEUTICAL CO., LTD., and OTSUKA AMERICA PHARMACEUTICAL, INC.,<br><br>Defendants. | Case No. 1:16-cv-00065-LJO-BAM<br><br>**STIPULATION TO CONTINUE BRIEFING ON DEFENDANT OTSUKA PHARMACEUTICAL CO., LTD.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND ORDER**<br><br>Complaint Filed: 1/15/2016 |

1. This stipulation in the above-captioned matter is made by and between the attorneys for Plaintiffs Brenda Sears and Robert Sears ("Plaintiffs") and Defendant Otsuka Pharmaceutical Co., Ltd. ("Defendant").

WHEREAS, Defendant filed a motion to dismiss Plaintiffs' Complaint for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2) (ECF 26, 36), to which Plaintiffs filed an opposition (ECF 42), and in further support of which Defendant filed a reply (ECF 48); and

WHEREAS, Defendant and Plaintiffs stipulated to continue the hearing date on Defendant's motion to permit jurisdictional discovery and supplemental briefing (ECF 49); and

WHEREAS, in light of said stipulation, the Court entered an order vacating the scheduled hearing date and permitting Plaintiffs to submit a supplemental opposition by July 12, 2016 and Defendant to submit a supplemental reply by July 19, 2016, after which filings the Court would take the matter under submission on the papers (ECF 50); and

WHEREAS, on June 24, 2016, the parties to this case and 25 other similar cases pending in federal courts nationwide filed a Joint Motion to Transfer before the Judicial Panel on Multidistrict Litigation to transfer all of the pending cases into a multidistrict litigation; and

WHEREAS, on June 29, 2016, all defendants in this case filed an unopposed motion to stay proceedings pending a decision by the Judicial Panel on Multidistrict Litigation on the Joint Motion to Transfer (ECF 54); and

WHEREAS, the motion to stay is noticed for hearing on July 28, 2016 (ECF 54);

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties hereto, that the Court should continue the supplemental briefing deadlines currently scheduled for July 12, 2016 (Plaintiffs) and July 19, 2016 (Defendant) to August 18, 2016 (Plaintiffs) and August 25, 2016 (Defendant), respectively, to permit resolution first of the motion to stay.

This is the parties' first request to continue the briefing dates on Defendant's Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction. The parties previously requested to continue the hearing date and to permit supplemental briefing on the motion. All parties agree to this stipulation, and the stipulation does not affect any other previously scheduled dates.

IT IS SO STIPULATED.

1

STIPULATION TO CONTINUE BRIEFING ON DEFENDANT OTSUKA PHARMACEUTICAL CO., LTD.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION; CASE NO. 1:16-cv-00065-LJO-BAM

Dated: July 8, 2016

WINSTON & STRAWN LLP

By:   /s/ *Krista M. Enns*
      Krista M. Enns

Luke A. Connelly (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Phone: (212) 294-6882
Fax: (212) 294-4700
lconnell@winston.com

Matthew A. Campbell (*pro hac vice*)
Eric M. Goldstein (*pro hac vice*)
Rand K. Brothers (*pro hac vice*)
Sarah J. Bily
Erika L. Mayer
1700 K Street, N.W.
Washington, DC 20006
Phone: (202) 282-5848
Fax: (202) 282-5100
macampbe@winston.com
egoldstein@winston.com
rbrothers@winston.com

Attorneys for Defendant
OTSUKA PHARMACEUTICAL CO., LTD.
*(Appearing Specially)*

2

STIPULATION TO CONTINUE BRIEFING ON DEFENDANT OTSUKA PHARMACEUTICAL CO., LTD.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION; CASE NO. 1:16-CV-00065-LJO-BAM

| | | |
|---|---|---|
| 1 | Dated: July 8, 2016 | ROBINS KAPLAN LLP |
| 2 | | |
| 3 | | By:  /s/ *Munir R. Meghjee*<br>Munir R. Meghjee |
| 4 | | |
| 5 | | Gary L. Wilson (CA Bar # 139358)<br>gwilson@robinskaplan.com |
| 6 | | Roman M. Silberfeld (CA Bar # 62783)<br>rsilberfeld@robinskaplan.com |
| 7 | | Michael A. Geibelson (CA Bar # 179970)<br>mgeibelson@robinskaplan.com |
| 8 | | Munir R. Meghjee (*pro hac vice*)<br>mmeghjee@robinskaplan.com |
| 9 | | Megan J. McKenzie (*pro hac vice*)<br>mmckenzie@robinskaplan.com |
| 10 | | 800 LaSalle Avenue<br>Suite 2800 |
| 11 | | Minneapolis, MN 55402-2015 |
| 12 | | Phone: (612) 349-8500<br>Fax: (612) 339-4181 |

Attorneys for Plaintiffs
BRENDA SEARS AND ROBERT SEARS

IT IS SO ORDERED.

Dated:  **July 11, 2016**           **/s/ Lawrence J. O'Neill**
                                     UNITED STATES CHIEF DISTRICT JUDGE

3

STIPULATION TO CONTINUE BRIEFING ON DEFENDANT OTSUKA PHARMACEUTICAL CO., LTD.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION; CASE NO. 1:16-CV-00065-LJO-BAM